Certificate Number: 05781-CAC-DE-041698567

Bankruptcy Case Number: 21-14824

05781-CAC-DE-041698567

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 7:31 o'clock PM PST, Nehli York-Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: November 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President